UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60050-CR-SCOLA

UNITED STATES OF AMERICA

v.

JHONNY CAICEDO-AYOVI,

                Defendant.
_____/

**GOVERNMENT'S MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. 3353(e) AND U.S.S.G. § 5K1.1 SUBSTANTIAL ASSISTANCE**

      The United States of America by and through the undersigned Assistant United States Attorney, hereby requests pursuant to Section 5K1.1 of the Sentencing Guidelines that the defendant be sentenced below the mandatory minimum sentence, and states as follows:

      1.  On August 15, 2017, defendant JHONNY CAICEDO-AYOVI ("CAICEDO") pleaded guilty to Count One of the Criminal Indictment pursuant to a written plea agreement charging the defendant with conspiracy to possess with intent to distribute five kilograms or more of cocaine, while onboard a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1), 70506(b) and 70506(a).

      2.  Defendant MONTANO is scheduled to be sentenced on October 27, 2017.

      3.  The defendant has provided substantial assistance in the investigation and prosecution of other persons who have committed violations of state and federal law.   The government

1

respectfully requests the opportunity to fully inform the Court at the time of sentencing, as to the extent of the defendant's cooperation.

        Respectfully submitted,
        BENJAMIN G. GREENBERG
        ACTING UNITED STATES ATTORNEY

By:   *Scott H. Behnke*
      Scott H. Behnke
      Assistant U.S. Attorney
      Attorney No. A5500005
      500 East Broward Blvd., 7th Floor
      Fort Lauderdale, Florida 33301
      Tel: (954) 660-5698
      Fax: (954) 356-7336
      email: scott.behnke@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2017, I electronically filed a true and correct copy of this document with the Clerk of the Court using CM/ECF.

Katie Carmon
Assistant Federal Public Defender
Federal Public Defender's Office
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556

        *Scott H. Behnke*
        Scott H. Behnke
        Assistant U.S. Attorney